# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

GREGORY S. STEVENSON,

Plaintiff

v.

MARIA E. LANDAN, *et al.*,

Defendants.

Case No. 3:25-CV-00722-ART-CLB

**ORDER TO PAY FILING FEE
OR FILE APPLICATION TO
PROCEED *IN FORMA PAUPERIS***

On December 9, 2025, Plaintiff Gregory S. Stevenson ("Stevenson") submitted a pro se complaint. (ECF No. 1-1). However, Stevenson has neither paid the full $405 filing fee for this matter nor filed a <u>complete</u> and <u>signed</u> application to proceed *in forma pauperis*. (*See* ECF No. 1.)

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include all information requested disclosing the applicant's income, assets, expenses, and liabilities. Moreover, the application must be signed.

Accordingly, **IT IS ORDERED** the Clerk of the Court shall **SEND** Stevenson the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **January 12, 2026**, Stevenson will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a fully <u>completed</u> and <u>signed</u> Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form. Failure to do so will result dismissal of the complaint.

The Court will retain Stevenson's complaint, (ECF No. 1-1), but will not file it unless and until Stevenson timely complies with this order.

**DATED**: December 10, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**