UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY S. STEVENSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARIA E. LANDAN,<br><br>　　　　　　　Defendants. | Case No. 3:25-CV-00722-ART-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

　　　Plaintiff Gregory S. Stevenson ("Stevenson") initiated this case on December 9, 2025. (ECF No. 1.) The Court issued an advisory letter to Stevenson on December 10, 2025. (ECF No. 2.) The Court mailed this letter to Stevenson's listed address at 1331 Winding Way, Glenbrook, NV 89413. On December 18, 2025, the letter was returned to the Court as undeliverable. (ECF No. 4.) Therefore, it appears Stevenson no longer resides at that address. However, Stevenson has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Stevenson must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

　　　Based on the above, Plaintiff shall have until **Monday, January 19, 2026** to file a notice of change of address, or this Court will recommend that this action be dismissed.

　　　**DATED**: December 18, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**