**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

GREGORY S. STEVENSON,

Plaintiff,

v.

MARIA E. LANDAU,

Defendant.

Case No. 3:25-CV-00722-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE**

[ECF No. 11]

Before the Court is Plaintiff Gregory S. Stevenson's ("Stevenson") motion for continuance for "Data Recovery having encrypted hard drive." (ECF No. 11.) Stevenson requests a two-to-three-week extension to complete a review of the encrypted hard drive. (*Id.* at 4.) Stevenson does not indicate what deadline he seeks be continued or extended. (*See id.*)

There have been two deadlines set by the Court in this case. First, the Court ordered Stevenson to pay the filing fee or file an application to proceed *in forma pauperis* on the approved form on or before January 12, 2026. (ECF No. 3.) As of January 14, 2026, Stevenson has neither paid the filing fee nor filed a proper application to proceed *in forma pauperis*. Second, the Court ordered Stevenson to file a notice of change of address on or before January 19, 2026. (ECF No. 5.) Stevenson complied on December 31, 2025. (ECF No. 9.)

As there remains only one outstanding deadline, the Court construes Stevenson as seeking a continuance or extension of the deadline to pay the filing fee or proper application to proceed *in forma pauperis*. Based on Stevenson's status as a *pro se* litigant, the Court will grant an extension of that deadline.

**IT IS THEREFORE ORDERED** that Stevenson's motion for continuance, (ECF No. 11), is **GRANTED**.

///

**IT IS FURTHER ORDERED** that on or before **January 28, 2026**, Stevenson will either: (1) pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or (2) file with the Court a fully completed and signed Application to Proceed in Forma Pauperis for Non-Inmate on this Court's approved form. Failure to do so will result dismissal of the complaint.

**DATED**: January 14, 2026.

**UNITED STATES MAGISTRATE JUDGE**