UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY S. STEVENSON,

Plaintiff,

v.

MARIA A. LANDAU.,

Defendants.

Case No. 3:25-cv-00722-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 14)

Before the Court is Plaintiff Gregory S. Stevenson's application to proceed *in forma pauperis* ("IFP") (ECF No. 13), *pro se* civil rights complaint (ECF No. 1-1). Also before the court is U.S. Magistrate Judge Carla L. Baldwin's Report and Recommendation ("R&R") recommending granting Mr. Stevenson's IFP application and dismissing his complaint for lack of subject matter jurisdiction. (ECF No. 14.) For the foregoing reasons, the Court adopts the R&R.

## I.    LEGAL STANDARD

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

## II.    ANALYSIS

Judge Baldwin concluded that the Court does not have jurisdiction over the case because Mr. Stevenson does not appear to be alleging a claim under federal law, nor is there complete diversity between the parties to the suit. (ECF No. 14.) Mr. Stevenson alleges a claim for embezzlement, which is a federal criminal statute not subject to a private right of action. *Retanan v. California Department of Corrections and Rehabilitation*, 2012 WL 1833888, at *5 (E.D. Cal. May 18,

2012) (there is no private right of action under the federal embezzlement statute). Because Mr. Stevenson does not a have a federal legal claim, the Court also cannot exercise supplemental jurisdiction over his alleged state law claim for conversion. (ECF No. 14 at 5.) The Court therefore agrees with the magistrate judge's conclusions.

### III.   CONCLUSION

It is therefore ordered that the Report and Recommendation (ECF No. 14) is adopted in full.

It is further ordered that Mr. Stevenson's application to proceed *in forma pauperis* (ECF No. 13) is GRANTED

It is further kindly ordered that the Clerk file Stevenson's complaint (ECF No. 1-1).

It is further ordered that Stevenson's complaint (ECF No. 1-1) be DISMISSED WITHOUT PREJUDICE and without leave to amend.

Dated this 18th day of February, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2